# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| v. ) | Case No: 19-cr-4769-MMA |
| AHMAD YUSUFZAI, ) | |

RECEIVED 2020 JAN -3 PM 3:42 U.S. MARSHALS S/D/CA

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

(√) Ad Prosequendum     ( ) Ad Testificandum

Name of Detainee: Ahmad Yusufzai, Booking # 19740029
Detained at (custodian): Attention: Warden, San Diego Central Jail
1173 Front Street, San Diego, CA 92101

Detainee is: a.) (√) charged in this district by:
( ) Indictment     ( ) Information     (√) Complaint
Charging Detainee With: 26: U.S.C. §§ 5841, 5861(d) and 5871

or b.) ( ) a witness not otherwise available by ordinary process of the Court

Detainee will: a.) (√) return to the custody of detaining facility upon termination of proceedings
or b.) ( ) be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility.

Appearance is necessary for Change of Plea Hearing scheduled for Thursday, **January 9, 2020**, in the courtroom before Barbara Lynn Major United States Courthouse, 221 West Broadway San Diego, CA 92101.

I hereby attest and certify on 1-3-2020
That the foregoing document is a full, true and correct
copy of the original on file in my office and in my legal
custody.
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____

/s/ Jonathan I. Shapiro
AUSA Jonathan I. Shapiro
619-546-8225; Jonathan.Shapiro@usdoj.gov
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS
(√) Ad Prosequendum     ( ) Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal for this district, is hereby ORDERED to produce the named detainee, on the date and time recited above, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date 1/3/2020     _____ United States Judge (SEAL)

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | Ahmad Yusufzai | (x)Male Female | |
| Booking or Fed. Reg. #: | 19740029 | DOB: | |
| Facility Address: | San Diego Central Jail | Race: | |
| | 1173 Front Street, San Diego, CA 92101 | FBI #: | |
| Facility Phone: | (619) 610-1647 | | |
| Currently Incarcerated For: | | | |

**RETURN OF SERVICE**

Executed on _____ by _____                    _____
                                                     (Signature)