# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 19cr4769-MMA |
|---|---|
| Plaintiff, | **PRELIMINARY ORDER OF CRIMINAL FORFEITURE** |
| v. | |
| AHMAD MONEER YUSUFZAI, | |
| Defendant. | |

WHEREAS, in the Indictment returned in this case, the United States sought forfeiture of all firearms involved in the commission of the offense charged in Count 1 of the Indictment, pursuant to 26 U.S.C. § 5872 and 28 U.S.C. § 2461(c); and

WHEREAS, pursuant to the terms of the Plea Agreement and Forfeiture Addendum between the parties, Defendant AHMAD MONEER YUSUFZAI ("Defendant") consented to the forfeiture of all property seized in connection with this case, including but not limited to, all firearms and ammunition involved in the offense set forth in Count 1 of the Indictment, pursuant to 26 U.S.C. § 5872, 18 U.S.C. § 924(d), and 28 U.S.C. § 2461(c), which were involved in the violation of 26 U.S.C. §§ 5861(d) and 5871, as charged in Count 1 of the Indictment; and

WHEREAS, on or about January 9, 2020, the Defendant pleaded guilty to Count 1 of the Indictment before Magistrate Judge Barbara Lynn Major, which plea included consent to forfeiture of all property seized in connection with this case, including all

firearms and ammunition involved in the commission of the offense, including forfeiture of an **Unknown Silencer CAL:Unknown SN:None; .22 firearm bearing serial number FMBUS1996; AR-15 style rifle with scope and sling bearing serial number 0096; Glock handgun bearing serial number BCBB622; Smith & Wesson AR-15 lower receiver bearing serial number dek1475; miscellaneous firearm parts; two firearm uppers; unfinished handgun lower; 80% lower kit; Bushmaster .308 AR-10 lower receiver bearing serial number brd002515; ammunition magazines; .22 Glock conversion kit; approximately 7,000 rounds of ammunition; and hard body armor**; and

WHEREAS, on January 24, 2020, this Court accepted Defendant's guilty plea to the Indictment; and

WHEREAS, by virtue of the facts set forth in the Plea Agreement, the United States has established the requisite nexus between the properties described above and the offense of conviction; and

WHEREAS, by virtue of Defendant's factual admissions and guilty plea to the Indictment, the properties described above are hereby ordered forfeited to the United States, and it is now entitled to possession of said properties, pursuant to 26 U.S.C. § 5872, 18 U.S.C. § 924(d), and 28 U.S.C. § 2461(c); and

WHEREAS, pursuant to Rule 32.2(b), the United States having requested the authority to take custody of the properties described above, which are hereby found forfeitable by the Court; and

WHEREAS, the United States, having submitted the Order herein to the Defendant through his attorney of record to review, and no objections having been received.

Accordingly, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED**:

1. Based upon the factual admissions of the Defendant and his guilty plea to Count 1 of the Indictment, the United States is hereby authorized to take custody and control of the following properties, and the Defendant has hereby forfeited to the United States all of his right, title, and interest to said properties pursuant to 26 U.S.C.

§ 5872, 18 U.S.C. § 924(d), and 28 U.S.C. § 2461(c), for disposition in accordance with the law, subject to the provisions of 21 U.S.C. § 853(n): the Unknown Silencer CAL:Unknown SN:None; .22 firearm bearing serial number FMBUS1996; AR-15 style rifle with scope and sling bearing serial number 0096; Glock handgun bearing serial number BCBB622; Smith & Wesson AR-15 lower receiver bearing serial number dek1475; miscellaneous firearm parts; two firearm uppers; unfinished handgun lower; 80% lower kit; Bushmaster .308 AR-10 lower receiver bearing serial number brd002515; ammunition magazines; .22 Glock conversion kit; approximately 7,000 rounds of ammunition; and hard body armor.

2. The **Unknown Silencer CAL:Unknown SN:None** is to be held by the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") in its secure custody and control.

3. The following properties are currently in the custody of the San Diego Police Department ("SDPD"), are to be held by SDPD in its secure custody and control, and will be disposed of by SDPD at the conclusion of this matter, according to law: **.22 firearm bearing serial number FMBUS1996; AR-15 style rifle with scope and sling bearing serial number 0096; Glock handgun bearing serial number BCBB622; Smith & Wesson AR-15 lower receiver bearing serial number dek1475; miscellaneous firearm parts; two firearm uppers; unfinished handgun lower; 80% lower kit; Bushmaster .308 AR-10 lower receiver bearing serial number brd002515; ammunition magazines; .22 Glock conversion kit; approximately 7,000 rounds of ammunition; and hard body armor**.

4. Pursuant to Rule 32.2(b) and (c), the United States is hereby authorized to begin proceedings consistent with any statutory requirements pertaining to ancillary hearings and rights of third parties. The Court shall conduct ancillary proceedings as the Court deems appropriate only upon the receipt of timely third-party petitions filed with the Court and served upon the United States. The Court may determine any petition without

//

the need for further hearings upon the receipt of the Government's response to any petition. The Court may enter an amended order without further notice to the parties.

5. Pursuant to the Attorney General's authority under Section 853(n)(1) of Title 21, United States Code, Rule 32.2(b)(6), Fed. R. Crim. P., and Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, the United States forthwith shall publish for thirty (30) consecutive days on the Government's forfeiture website, www.forfeiture.gov, notice of this Order, notice of the United States' intent to dispose of the Unknown Silencer CAL:Unknown SN:None in such manner as the Attorney General may direct, and notice that any person, other than the Defendant, having or claiming a legal interest in the Unknown Silencer CAL:Unknown SN:None must file a petition with the Court within thirty (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier.

6. This notice shall state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the Unknown Silencer CAL:Unknown SN:None, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title or interest in the Unknown Silencer CAL:Unknown SN:None and any additional facts supporting the petitioner's claim and the relief sought.

7. The United States shall also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the Unknown Silencer CAL:Unknown SN:None.

8. Upon adjudication of all third-party interests, this Court will enter an Amended Order of Criminal Forfeiture pursuant to 21 U.S.C. § 853(n), in which all interests will be addressed.

//
//
//
//

9.	Pursuant to Rule 32.2(b)(4), this Order of Criminal Forfeiture shall be made final as to the Defendant at the time of sentencing and is part of the sentence and included in the judgment.

**IT IS SO ORDERED**.

DATED: May 8, 2020

HON. MICHAEL M. ANELLO
United States District Judge